**UNITED STATES of America,**
**Appellant,**

v.

**Samson E. SHONDE, Appellee.**

No. 85–5282–MN.

United States Court of Appeals,
Eighth Circuit.

March 23, 1987.

Circuit Judges ROSS, JOHN R. GIBSON, FAGG, BOWMAN and WOLLMAN would have granted the petition.

Petition for rehearing by the panel is also denied.